PROB 12C
(6/16)

Report Date: March 13, 2023

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 13, 2023**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Victor Allen Haworth | Case Number: 0980 2:01CR00026-SAB-1 |
| Address of Offender: ███████████████ | Wenatchee, Washington 98801 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 12, 2001

| | | | |
|---|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113 (a) | | |
| Original Sentence: | Prison - 151 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H Harrington | Date Supervision Commenced: | June 3, 2022 |
| Defense Attorney: | Gordon Stoa | Date Supervision Expires: | June 2, 2025 |

### PETITIONING THE COURT

To issue a summons.

On June 14, 2022, supervised release condition were reviewed and signed by Mr. Haworth acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Haworth is considered to be in violation of his supervised release conditions by consuming methamphetamine on or about January 2023. |
| | On March 9, 2023, Mr. Haworth reported to the probation office as directed and admitted to consuming methamphetamine after he ended his relationship with his girlfriend. Mr. Haworth would not provide an exact time or date he consumed methamphetamine, only stating he used methamphetamine after terminating their relationship. Mr. Haworth previously informed this officer he ended his relationship with his girlfriend in January 2023. |

Prob12C
Re: Haworth, Victor Allen
March 13, 2023
Page 2

> 2  **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, in order to confirm your continued abstinence from this substance.
>
> **Supporting Evidence**: Mr. Haworth is considered to be in violation of his supervised release conditions by consuming alcohol between December 2022 and March 8, 2023.
>
> On March 9, 2023, Mr. Haworth reported to the probation office as directed and admitted to consuming two beers every night since December 2022. Mr. Haworth signed an alcohol use admission form confirming his use of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 13, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

03-13-2023
Date